(PIP)

JS 45 (01/2008)

**FILED UNDER SEAL PURSUANT TO THE E-GOVERNMENT ACT OF 2002**

# Criminal Case Cover Sheet

U.S. District Court

**Place of Offense:** Under Seal: Yes ___ No _X_ Judge Assigned: AJT

City Woodbridge Superseding Indictment ___ Criminal Number: 1:26cr148

County/Parish ___ Same Defendant X New Defendant ___

Magistrate Judge Case Number 1:26-MJ-249 Arraignment Date: ___

Search Warrant Case Number ___

R 20/R 40 from District of ___

Related Case Name and No: ___

**Defendant Information:**

**Juvenile -- Yes** ___ **No** _X_ **FBI #:** xxxxx6PE45

**Defendant Name:** Jackson Quentin CROCKER **Alias Name(s)** ___

**Address:** ___

**Employment:** ___

**Birth date** xx/xx1971 **SS#** xxx-xx-4588 **Sex** M **Def Race** ___ **Nationality** U.S. Citizen **Place of Birth** Indiana

**Height** 5'08" **Weight** 165 **Hair** ___ **Eyes** ___ **Scars/Tattoos** ___

**Interpreter:** ___ **No** ___ **Yes** **List language and/or dialect** ___ **Automobile Description** ___

**Location Status:**

Arrest Date 07/01/2026

_x_ Already in Federal Custody as of 07/21/2026 in William G. Truesdale Adult Detention Center

___ Already in State Custody ___ On Pretrial Release ___ Not in Custody

___ Arrest Warrant Requested ___ Fugitive ___ Summons Requested

___ Arrest Warrant Pending ___ Detention Sought ___ Bond

**Defense Counsel Information:**

Name: Nina Ginsberg ___ Court Appointed Counsel conflicted out: ___

Address: 700 N Fairfax St #515, Alexandria, VA 22314 _X_ Retained

Telephone: (703) 684-4333 ___ Public Defender Federal Public Defender's Office conflicted out:

**U.S. Attorney Information:**

AUSA Lauren Halper Telephone No: 703-299-3700 Bar # ___

**Complainant Agency, Address & Phone Number or Person & Title:**

FBI Special Agent Sebastian Gardner, 571-456-8748

**U.S.C. Citations:**

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 2251(a) and (e) | Sexual Exploitation of Children | 1 | |
| Set 2 | | | | |
| Set 3 | | | | |

(May be continued on reverse)

**Date:** 08/21/2026 **Signature of AUSA:** /s/ Lauren Halper