FILED
IN OPEN COURT
AUG 27 2026
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

UNITED STATES OF AMERICA

v.

JACKSON QUENTIN CROCKER,

*Defendant*.

Case No. 1:26-CR-148

Count 1: 18 U.S.C. § 2251(a) and (e)
Sexual Exploitation of Children

Count 2: 18 U.S.C. § 2252(a)(4)(B) and (b)(2)
Possession of Child Sexual Abuse Material

Forfeiture Notice

**INFORMATION**

**COUNT ONE**
**(Sexual Exploitation of Children)**

THE OFFICE OF THE UNITED STATES ATTORNEY CHARGES THAT:

Between on or about June 2016, and on or about October 28, 2025, in the Eastern District of Virginia, the defendant, JACKSON QUENTIN CROCKER, attempted to and did employ, use, persuade, induce, entice, and coerce a minor, MV1, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and such visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

(All in violation of Title 18, U.S. Code, Section 2251(a) and (e).)

**COUNT TWO**
**(Possession of Child Sexual Abuse Material)**

THE OFFICE OF THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:

On or about October 28, 2025, within the Eastern District of Virginia, the defendant, JACKSON QUENTIN CROCKER, attempted to and did knowingly possess at least one matter containing a visual depiction that had been transported using a means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, and which visual depiction was produced using materials which had been mailed and so shipped and transported, by any means including by computer; and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and such visual depiction was of such conduct, to wit: sexually explicit videos and images of minors stored on two Western Digital My Book Duo external hard drives (SNs WUBS22081197 and WUBS22080691) and an Alienware desktop computer (FBI Evidence No. 1B4).

It is further alleged that at least one visual depiction involved in the offense involved a prepubescent minor and a minor who had not attained 12 years of age engaging in sexually explicit conduct.

(All in violation of Title 18, U.S. Code, Section 2252(a)(4)(B) and (b)(2).)

**FORFEITURE NOTICE**

The defendant, JACKSON QUENTIN CROCKER, is hereby notified, pursuant to Federal Rule of Criminal Procedure 32.2(a), that upon conviction of any offense set forth in this Information, the defendant, JACKSON QUENTIN CROCKER, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253(a): (1) any and all matters that contain visual depictions of minors engaged in sexually explicit conduct in violation of the charged offenses; (2) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offenses; and (3) any property, real or personal, used or intended to be used to commit or to promote the commission of the offense, and any property traceable to such property.

The property subject to forfeiture includes, but is not limited to:

(1) Western Digital My Book Duo external hard drive (SN WUBS22081197);

(2) Western Digital My Book Duo external hard drive (SN WUBS22080691); and

(3) Alienware desktop computer (FBI Evidence No. 1B4).

If any property subject to forfeiture is unavailable, the United States may seek an order forfeiting substitute assets pursuant to Title 21, U.S. Code, Section 853(p) and Federal Rule of Criminal Procedure 32.2(e).

(All in accordance with Title 18, United States Code, Section 2253(a);
Title 21, United States Code, Section 853(p); and Fed. R. Crim. P. 32.2.)

Todd W. Blanche
Attorney General

Theophani K. Stamos
First Assistant United States Attorney

By: Lauren Halper
Lauren Halper
Jacob Mercer
Assistant United States Attorneys