AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

FILED
IN OPEN COURT
AUG 27 2026
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

United States of America
v.
JACKSON QUENTIN CROCKER
*Defendant*

Case No. 1:26-CR-148

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 08/27/2026

*Defendant's signature*

*Signature of defendant's attorney*

Nina Ginsberg
*Printed name of defendant's attorney*

/s/
Anthony J. Trenga
Senior United States District Judge
*Judge's signature*

Hon. Anthony J. Trenga
*Judge's printed name and title*