# UNITED STATES DISTRICT COURT
# PLEA HEARING MINUTES

Date: **8/27/2026**
Time: **10:05-10:33**

Case No.: **1:26-CR-148**
Judge: **Hon. Anthony J. Trenga**
Reporter : **Rhonda Montgomery**
Deputy Clerk: **Dani Zirk**
Interpreter:
Language:

**UNITED STATES of AMERICA**

V.

**JACKSON QUENTIN CROCKER**

Counsel for Defendant
**Nina Ginsberg**

Counsel for Government
**Lauren Halper**
**Jacob Mercer**

**PROCEEDINGS:**

- Deft waived his right to Indictment, was FA, and PG to Counts 1 and 2 of the Criminal Information. Court accepts plea.
- Sentencing scheduled for: **December 2, 2026 @ 9:00 AM**
  Deft. is remanded.

**Matter called for:**
[**X**] Pre-Indictment Plea [ ] Change of Plea

**Filed in open court:**
**[X]** Information **[X]** Plea Agreement **[X]** Statement of Facts **[X]** Waiver of Indictment
[ ] Governments Motion to Seal [ ] Sealing Order [ ] Consent Order of Forfeiture

**Arraignment & Plea:**
[ ] WFA [**X**] FA [**X**] PG [ ] PNG **Trial by Jury:** [ ] Demanded [ ] Waived
[**X**] Deft entered Plea of Guilty to Count 1 of the **Information** - - **Plea ACCEPTED**
[ ] Motion for Dismissal by US
[ ] Order entered in open court [ ] Order to follow
[**X**] Deft directed to USPO for PSI- - [**X**] Yes ***-or-*** [ ] No
[**X**] Case continued to: **12/2/2026 at 9:00 a.m.** for:

[ ] Jury Trial [ ] Bench Trial [ ] Pre-Guidelines Sentencing [**X**] Guidelines Sentencing

[ ] Release Order Entered [**X**] Deft Remanded [ ] Deft Released on Bond [ ] Deft Continued on Bond